FILED

OCT 27 2021

CLERK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:21cr 455 MHT-SRW |
| | ) | [18 U.S.C. § 371; |
| v. | ) | 7 U.S.C. § 2156(a)(1); |
| | ) | 7 U.S.C. § 2156(b); |
| WILLIAM COLON EASTERLING | ) | 7 U.S.C. § 2156(c); |
| a/k/a "Big Jim," | ) | 7 U.S.C. § 2156(e); |
| BRENT COLON EASTERLING, | ) | 18 U.S.C. § 1955(a); |
| KASSI BROOK EASTERLING, | ) | 18 U.S.C. § 1955(d); |
| WILLIAM TYLER EASTERLING | ) | 16 U.S.C. § 703; |
| a/k/a "Tyler," | ) | 16 U.S.C. § 706; |
| GEORGE WILLIAM EASTERLING | ) | 16 U.S.C. § 707; |
| a/k/a/ "Billy," | ) | 21 U.S.C. § 853(p); |
| THOMAS GLYN WILLIAMS | ) | 28 U.S.C. § 2461(c); |
| a/k/a "Junior" or "Jr.," and | ) | 18 U.S.C. § 981; |
| AMBER NICOLE EASTERLING | ) | 18 U.S.C. § 49(a); and |
| | ) | 18 U.S.C. § 2] |
| | ) | |
| | ) | INDICTMENT |
| | ) | |

The Grand Jury charges:

## I.  INTRODUCTION

A.    **The Defendants**

At all times material to this Indictment:

1.    Defendant WILLIAM COLON EASTERLING a/k/a "Big Jim" (hereinafter,

"W.C. EASTERLING") was a resident of Verbena, Alabama, who bred fighting birds at his

residence and operated a cockfighting pit.

2.    Defendant BRENT COLON EASTERLING (hereinafter, "BRENT

EASTERLING") was a resident of Verbena, Alabama, who operated a fighting-bird breeding

business at his residence known as L&L GAMEFARM. He also helped his father, W.C.

EASTERLING, run a cockfighting pit. At all times material to this indictment, BRENT EASTERLING was married to KASSI BROOK EASTERLING (hereinafter "KASSI EASTERLING").

3.     Defendant KASSI EASTERLING was a resident of Verbena, Alabama, who helped her husband, BRENT EASTERLING, operate a fighting-bird breeding business at their residence known as L&L GAMEFARM.

4.     Defendant WILLIAM TYLER EASTERLING a/k/a "Tyler" (hereinafter "TYLER EASTERLING") was a resident of Verbena, Alabama, who operated a fighting-bird breeding business at his residence, known as SWIFT CREEK GAMEFARM with his father, GEORGE WILLIAM EASTERLING, and his brother-in-law, THOMAS GLYN WILLIAMS. TYLER EASTERLING also helped his grandfather, W.C. EASTERLING, run a cockfighting pit.

5.     Defendant GEORGE WILLIAM EASTERLING a/k/a "Billy" (hereinafter "BILLY EASTERLING") was a resident of Verbena, Alabama, who operated a fighting-bird breeding business at his residence known as SWIFT CREEK GAMEFARM with his son, TYLER EASTERLING, and his son-in-law, THOMAS GLYN WILLIAMS. BILLY EASTERLING also helped his father, W.C. EASTERLING, operate a cockfighting pit.

6.     Defendant THOMAS GLYN WILLIAMS a/k/a "Junior" or "Jr." (hereinafter "JUNIOR WILLIAMS") was a resident of Verbena, Alabama, who helped run a fighting-bird breeding business adjacent to his residence known as SWIFT CREEK GAMEFARM with his father-in-law, BILLY EASTERLING, and his brother-in-law, TYLER EASTERLING. At all times material to this indictment, JUNIOR WILLIAMS was married to T.E. JUNIOR WILLIAMS also helped his wife's grandfather, W.C. EASTERLING, run a cockfighting pit.

2

7.      Defendant AMBER NICOLE EASTERLING (hereinafter "AMBER EASTERLING") was a resident of Verbena, Alabama. AMBER EASTERLING helped her grandfather, W.C. EASTERLING, run a cockfighting pit.

8.      Neither SWIFT CREEK GAMEFARM nor L&L GAMEFARM are corporations or businesses registered with the Alabama Secretary of State.

**B.      Relevant Properties and Animals**

      **i.      Easterling Family Cockfighting Pit a/k/a/ "Poor Man's Club"**

9.      At all times material to this indictment, the area used to host cockfighting events, including an arena with stadium-style seating, parking, and various outbuildings was located in Verbena, Alabama, in the areas identified by Chilton County Tax Assessor parcel ID numbers 142101020000005.000 ("Parcel 5"), 142101020000006.000 ("Parcel 6"), 142101020000006.001 ("Parcel 6.001"), and 142101020000007.000 ("Parcel 7"). During the period relevant to this indictment, Parcel 5, Parcel 6, Parcel 6.001 and Parcel 7 were owned by B.E., who is the wife of W.C. EASTERLING, the mother of BRENT EASTERLING and BILLY EASTERLING, and the grandmother of TYLER EASTERLING, AMBER EASTERLING, and T.E. This area will be referred to herein as the "Easterling Family Pit." The Easterlings and others also referred to the Easterling Family Pit as the "Poor Man's Club."

      **ii.      L&L Gamefarm and Fighting Bird Operation**

10.      At all times material to this indictment, L&L GAMEFARM was located at 4227 County Road 528 in Verbena, Alabama, identified by Chilton County Tax Assessor parcel ID numbers 142101020000008.000 ("Parcel 8"), 142101020000009.000 ("Parcel 9"), 142101020000009.001 ("Parcel 9.001"). During the period relevant to this indictment, Parcel 8 was owned by BRENT EASTERLING and Parcels 9 and 9.001 were owned by B.E. L&L

GAMEFARM operates on all of these parcels, which consist of agricultural land, outbuildings, and other structures used to house roosters, hens, pullets, and chicks. BRENT EASTERLING resides with KASSI EASTERLING on Parcel 9.

### iii.    Swift Creek Gamefarm and Fighting Bird Operation

11.    At all times material to this indictment, SWIFT CREEK GAMEFARM was located at and around (1) 4046 County Road 528 in Verbena, Alabama, identified by Chilton County Tax Assessor parcel ID numbers 142101020000012.000 ("Parcel 12") and 142101020000007.001 ("Parcel 7.001"), (2) the most western portion of the property located at 4295 County Road 528 in Verbena, Alabama, identified by Chilton County Tax Assessor parcel ID numbers 1142101020000005.000 ("Parcel 5"), 42101020000006.000 ("Parcel 6"), and 142101020000006.001 ("Parcel 6.001"), and (3) the northwestern portion of Parcel 8.  During the period relevant to this indictment, Parcel 12 was owned by TYLER EASTERLING, Parcel 7.001 was owned by BILLY EASTERLING, Parcels 5, 6, 6.001 and 7 were owned by B.E., and Parcel 8 was owned by BRENT EASTERLING. SWIFT CREEK GAMEFARM operates on all of these parcels, which consist of agricultural land, residential structures, outbuildings, and other structures used to house roosters, hens, pullets, and chicks. TYLER EASTERLING, JUNIOR WILLIAMS, and his wife, reside on Parcel 12; BILLY EASTERLING resides on Parcel 7.001 with his wife.

### iv.    Residence of W.C. EASTERLING and Fighting Bird Operation

12.    At all times material to this indictment, the residence of W.C. EASTERLING was located at 4295 County Road 528 in Verbena, Alabama and identified by Chilton County Tax Assessor parcel ID number  142101020000014.001 ("Parcel 14.001").  During the period relevant to this indictment, Parcel 14.001 was owned by B.E. W.C. EASTERLING and B.E.

4

reside together on this property. This parcel consists of agricultural land, a residential structure, outbuildings, and other structures used to house roosters, hens, pullets, and chicks.

### ii.    Animal Fighting Venture Prohibition Under the Animal Welfare Act

13.    The Animal Welfare Act defined "animal fighting venture" as "any event, in or affecting interstate or foreign commerce, that involves a fight conducted or to be conducted between at least 2 animals for purposes of sport, wagering, or entertainment." 7 U.S.C. § 2156(f)(1) (codified as 7 U.S.C. § 2156(g)(1) prior to December 20, 2019).

14.    The definition of "animal" in the animal fighting venture prohibition of the Animal Welfare Act included "any live bird." 7 U.S.C. § 2156(f)(4) (codified as 7 U.S.C. § 2156(g)(4) prior to December 20, 2019). Thus, an "animal fighting venture" included an event involving the fighting of at least two birds for purposes of sport, wagering, or entertainment if that event was in or affecting interstate or foreign commerce.

15.    Pursuant to the Animal Welfare Act, it was illegal for any person to:

a.    "knowingly sponsor or exhibit an animal in an animal fighting venture," 7 U.S.C. § 2156(a)(1);

b.    "knowingly attend an animal fighting venture" or to "knowingly cause an individual who has not attained the age of 16 to attend an animal fighting venture," 7 U.S.C. § 2156(a)(2);

c.    "knowingly sell, buy, possess, train, transport, deliver, or receive any animal for purposes of having the animal participate in an animal fighting venture," 7 U.S.C. § 2156(b);

d.    "knowingly use the mail service of the United States Postal Service or any instrumentality of interstate commerce for commercial speech for purposes of advertising

an animal, or an instrument described in subsection (d), for use in an animal fighting

venture, promoting or in any other manner furthering an animal fighting venture except

as performed outside the limits of the United States," 7 U.S.C. § 2156(c); or

      e.     "knowingly sell, buy, transport, or deliver in interstate or foreign

commerce a knife, a gaff, or any other sharp instrument attached, or designed or intended

to be attached, to the leg of a bird for use in an animal fighting venture." 7 U.S.C. §

2156(d) (codified as 7 U.S.C. § 2156(e) prior to December 20, 2019).

### iii.    Prohibition Against Illegal Gambling Businesses

16.    Pursuant to Title 18, United States Code, Section 1955(a), it was illegal for a

person to conduct, finance, manage, supervise, direct, or own all or part of an illegal gambling

business.

17.    Title 18, United States Code, Section 1955(b)(4) defined "gambling" as including

but not limited to pool-selling, bookmaking, maintaining slot machines, roulette wheels or dice

tables, and conducting lotteries, policy, bolita or numbers games, or selling chances therein. In

addition, Title 18, United States Code, Section 1955(b)(1) defined "illegal gambling business" as

a gambling business which: (b)(1)(i) is a violation of the law of a State or political subdivision in

which it is conducted, (ii) involves five or more persons who conduct, finance, manage,

supervise, direct, or own all or part of such business, and (iii) has been or remains in

substantially continuous operation for a period in excess of thirty days or has a gross revenue of

$2,000 in any single day.

18.    Alabama state law made it a crime for a person to engage in "simple gambling" in

which a person knowingly advances or profits from unlawful gambling activity as a player.

Ala.Code 1975 § 13A-12-21(a). Alabama state law also made it a crime for a person to engage in

6

"promoting gambling" if a person knowingly advances or profits from unlawful gambling activity otherwise than as a player. Ala.Code 1975 § 13A-12-22(a). Alabama state law specified that a person engages in "gambling" if they stake or risk something of value upon the outcome of a contest of chance or a future contingent event not under their control or influence, upon an agreement or understanding that they or someone else will receive something of value in the event of a certain outcome. Ala.Code 1975 § 13A-12-20(4).

### iv.  Migratory Bird Treaty Act

19.     Pursuant to Title 16, United States Code, Section 703 of the Migratory Bird Treaty Act, it was "unlawful at any time, by any means or in any manner, to pursue, hunt, take, capture, kill, attempt to take, capture, or kill, possess […] any migratory bird, any part, nest, or egg of any such bird, […] included in the terms of the conventions between the United States and Great Britain for the protection of migratory birds concluded August 16, 1916 (39 Stat. 1702), the United States and the United Mexican States for the protection of migratory birds and game mammals concluded February 7, 1936, the United States and the Government of Japan for the protection of migratory birds and birds in danger of extinction, and their environment concluded March 4, 1972, and the convention between the United States and the Union of Soviet Socialist Republics for the conservation of migratory birds and their environments concluded November 19, 1976."

20.     The list of migratory birds protected by the Migratory Bird Treaty Act included the Great Horned Owl, also known by its taxonomic name *bubo virginianus*. 50 C.F.R. § 10.13(c).

## II. BACKGROUND

### A.   Cockfighting

21.     Cockfighting is a contest in which a person attaches a knife, gaff, or other sharp instrument to the leg of a "gamecock" or rooster for the purpose of fighting another rooster. After a cockfighter straps a blade to a rooster, he or she intentionally faces the bird toward another similarly-armed rooster and sets it down within a few inches of that rooster. This results in a fight during which the roosters flap their wings and jump, while stabbing each other with the weapons that are fastened to their legs. A cockfight ends when one rooster is dead or refuses to continue to fight. It is not uncommon for one or both roosters to die after a fight.

22.     A rooster has a natural bony spur on the back of its legs. This spur is used by the rooster to cause injury to other animals when it kicks with its leg. The spur is the rooster's natural means of defense. Cockfighters often trim the bird's natural spurs down so that they can affix a sharp instrument to the rooster's legs to enhance the bird's fighting capability.

23.     Cockfighters may also cut off other parts of the bird's body to make it less of a target for an opponent during a cockfight. In particular, cockfighters may "dub" the rooster by cutting off its wattles and comb.

24.     "Handlers" prepare and handle birds during cockfights. They may be the actual bird owner or someone paid to do the job.

25.     Owners of cockfighting arenas, called "pits," hold organized fights where many people can fight their trained birds against the fighting birds of other people. A referee officiates during the cockfights. A series of individual cockfights is referred to as a "derby." A derby usually consists of dozens of individual cockfights or matches and can last for several hours, or days, depending on the number of entries. Cockfighting arenas, depending on the level of

sophistication, may have multiple fighting pits. "Main fights" occur in the main pit, while "drag pits" are used to finish fights from the main pit that have lasted so long that many of the spectators have lost interest. Mortally injured roosters are sometimes placed off to the side where people can then gamble on which animal will die first.

26.    Owners of cockfighting pits make schedules that show the dates of the fights that people can enter and spectate. Owners and "promoters" distribute these schedules by various means to enhance participation and attendance at their organized fights. A "promoter" typically makes arrangements for and oversees activities at the derby.

27.    Owners charge participants a predetermined fee to enter a set number of roosters into a derby—usually between three and twelve roosters per entry. This fee may be anywhere from one hundred dollars to tens of thousands of dollars, depending on the event. The roosters' weights are usually matched within a few ounces of each other for individual fights. The cockfighter whose roosters have the best overall win/loss record in a derby wins the purse or "pot," which is usually comprised of the derby participants' entry fees, less amounts retained by the "house" or promoter(s). If multiple people tie with the best win/loss record then the pot is split between them.

28.    Owners of the pit enrich themselves by keeping a percentage of the pot, charging participants for extra "options" (which may increase a participant's chance of winning more money), charging spectators to park at the pit, charging a fee for spectators to get into the event, selling food and drinks at the event, selling gaffs and other bird fighting supplies, and charging fees for bird keeps at the pit location.

29.     A keep is a wooden hut with multiple compartments to house and segregate a participant's fighting birds while they attend the event. This is sometimes referred to as a cockhouse.

30.     For purposes of this Indictment, the term "rooster" is synonymous with the terms "gamecock," "cock," "bird," and "chicken." A mature gamecock resembles an ordinary rooster except it may be surgically altered and is trained and conditioned for fighting. Gamecocks also generally receive vitamins, drugs, and other supplements to boost their strength and endurance. In addition, a "stag" is a young male chicken generally less than 2 years old, and a "pullet" is a young female chicken generally less than one year old.

31.     Persons engaged in cockfighting breed, buy, sell, and traffic in specialized breeds of roosters bred specifically for cockfighting. These breeds are called by names such as "Bruner" and "Jacobs," which refer to the "bloodline" of the bird. Particular breeds known for their winning records in cockfighting matches are prized by users.

### III. THE CHARGES

### COUNT 1
(18 U.S.C. § 371 – Conspiracy)

32.     The factual allegations contained in paragraphs 1 through 31 are hereby realleged and incorporated herein as if copied verbatim.

33.     Beginning at a time unknown, but no later than January 2018 and continuing until on or about June 11, 2021, in Chilton County, within the Middle District of Alabama, and elsewhere, the defendants,

W.C. EASTERLING,
BRENT EASTERLING,
KASSI EASTERLING,
TYLER EASTERLING,
BILLY EASTERLING, and

JUNIOR WILLIAMS,

as well as others, both known and unknown to the Grand Jury, did knowingly and intentionally

conspire, combine, and agree with themselves and others to commit offenses against the United

States, in violation of Title 18, United States Code, Section 371.

## OBJECTS OF THE CONSPIRACY

34.     It was an object of the conspiracy to violate the Animal Welfare Act's animal

fighting venture prohibition, Title 7, United States Code, Sections 2156(a), (b), (c), and (d).

35.     It was an object of the conspiracy to operate an illegal gambling business in

violation of Title 18, United States Code, Section 1955.

## MANNER AND MEANS

The defendants and their co-conspirators sought to accomplish the objects of the

conspiracy through the following methods and means, among others:

**A.     Easterling Family Cockfighting Pit**

36.     Defendants W.C. EASTERLING, BRENT EASTERLING, and their co-

conspirators, known and unknown to the Grand Jury, erected and maintained the Easterling

Family Pit, outfitting the arena with stadium seating for approximately 150 people and several

rings to host cockfights.

37.     Defendants W.C. EASTERLING, BRENT EASTERLING, TYLER

EASTERLING, and their co-conspirators, known and unknown to the Grand Jury, planned and

promoted cockfighting derbies at the Easterling Family Pit through text messages, social media

platforms, hard-copy publication, fliers, and other interstate instrumentalities to promote animal

fighting events.

38.     Defendants W.C. EASTERLING, BRENT EASTERLING, TYLER EASTERLING, and their co-conspirators, known and unknown to the Grand Jury, maintained and promoted the rental of cockhouses in and around the Easterling Family Pit.

39.     Defendants W.C. EASTERLING, BRENT EASTERLING, TYLER EASTERLING, and their co-conspirators, known and unknown to the Grand Jury, fought birds at the Easterling Family Pit.

40.     Defendants KASSI EASTERLING, BILLY EASTERLING, and their co-conspirators, known and unknown to the Grand Jury, sold, or promoted the sale of, sharp cockfighting instruments at the Easterling Family Pit.

41.     Defendant JUNIOR WILLIAMS and his co-conspirators, known and unknown to the Grand Jury, provided security at the entrance gate and collected gate fees from people coming to the cockfighting events at the Easterling Family Pit.

**B.     Fighting Bird Breeding Operation**

42.     Defendants BRENT EASTERLING, KASSI EASTERLING, TYLER EASTERLING, BILLY EASTERLING, and their co-conspirators, known and unknown to the Grand Jury, ran fighting-bird breeding operations by deciding which birds to breed together and which birds to cull for not showing promising fighting traits; by selling and shipping fighting birds from their breeding operations to others; and by promoting the fighting abilities of birds they bred.

43.     Defendants BRENT EASTERLING, KASSI EASTERLING, TYLER EASTERLING, BILLY EASTERLING, and their co-conspirators, known and unknown to the Grand Jury, provided food and shelter for the breeding operation and hired employees to assist with feeding and maintaining the birds.

44.     Defendants BRENT EASTERLING, KASSI EASTERLING, TYLER EASTERLING, and their co-conspirators, known and unknown to the Grand Jury, also acquired, promoted, and sold sharp cockfighting instruments and other cockfighting paraphernalia.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

45.     In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Middle District of Alabama and elsewhere:

46.     Beginning at a time unknown, but continuing until on or about June 11, 2021, Defendants W.C. EASTERLING, BRENT EASTERLING, and their co-conspirators, known and unknown to the Grand Jury, erected and maintained the Easterling Family Pit, outfitting the arena with stadium seating for approximately 150 people and several rings to host cockfights.

47.     Beginning at a time unknown, but continuing until on or about June 11, 2021, Defendants BRENT EASTERLING and KASSI EASTERLING, and their co-conspirators, known and unknown to the Grand Jury, provided food and shelter for the breeding operation and hired employees to assist with feeding and maintaining the birds at the L&L GAMEFARM.

48.     Beginning at a time unknown, but continuing until on or about June 11, 2021, Defendants TYLER EASTERLING, BILLY EASTERLING, and their co-conspirators, known and unknown to the Grand Jury, provided food and shelter for the breeding operation and hired employees to assist with feeding and maintaining the birds at SWIFT CREEK GAMEFARM.

49.     Beginning at a time unknown, but continuing until on or about June 11, 2021, Defendants BRENT EASTERLING, KASSI EASTERLING, and their co-conspirators, known and unknown to the Grand Jury, ran the L&L GAMEFARM fighting-bird breeding operation by deciding which birds to breed together and which birds to cull for not showing promising

fighting traits; by selling and shipping fighting birds from their breeding operation to others; and by promoting the fighting abilities of birds they bred.

50.    Beginning at a time unknown, but continuing until on or about June 11, 2021, Defendants TYLER EASTERLING, BILLY EASTERLING, and their co-conspirators, known and unknown to the Grand Jury, ran the SWIFT CREEK GAMEFARM fighting-bird breeding operation by deciding which birds to breed together and which birds to cull for not showing promising fighting traits; by selling and shipping fighting birds from their breeding operation to others; and by promoting the fighting abilities of birds they bred.

51.    On May 4, 2018, TYLER EASTERLING posted the following statement on his Facebook page:

> To Swift Creek Followers: There has been some talk on social media about Other Farms having the same Fowl as Swift Creek! I assure you this is incorrect! These Fowl have been carefully selected over many years. Our Fowl speak for themselves! Ask anyone WHO CLAIMS to have the same Fowl, to PRODUCE THE DOCUMENTED FIGHT RECORDS that SWIFT CREEK HAS!!! Go ahead I'll wait!! This is not a post to brag, this post is to help people know the facts about where they get their chickens! Swift Creek Fowl is only sold by Billy, Bobby, or Tyler Easterling!! Thank you very much for being followers of Swift Creek!!!!

52.    On February 12, 2019, BRENT EASTERLING and KASSI EASTERLING sold a stag and a pullet for $1,300 and received payment through PayPal.

53.    On March 3, 2019, BRENT EASTERLING and KASSI EASTERLING sold a trio of fighting birds that included at least one rooster for $1,000 and received payment through PayPal.

54.    On May 26, 2019, BRENT EASTERLING and W.C. EASTERLING sponsored a rooster in a fight at a cockfighting derby at the Easterling Family Pit.

14

55.     On or about June 14, 2019, TYLER EASTERLING received by U.S. mail a shipment of 15 cockfighting knives from an unindicted co-conspirator.

56.     On or about August 3, 2019, BRENT EASTERLING was interviewed by a digital cockfighting magazine and stated that the "Bruner RH" is the main bloodline that he breeds, and that "Bruner's [sic] are some of the most athletic and accurate fowl that I have ever seen. They are smarter than the average RH and a deadly cutter."

57.     On September 1, 2019, BRENT EASTERLING and KASSI EASTERLING sold a stag and two pullets for $1,650 and received payment through PayPal.

58.     On September 17, 2019, BRENT EASTERLING sent another Facebook user a message promoting the 2019-2020 cockfighting schedule at the Easterling Family Pit while noting that W.C. EASTERLING gets the gate fees at the Easterling Family Pit.

59.     On September 19, 2019, BRENT EASTERLING and KASSI EASTERLING sold a stag for $800 and received payment through PayPal.

60.     On February 26, 2020, BRENT EASTERLING used Facebook to promote the sale of cockfighting knives when he sent a message to another Facebook user asking if he liked "gutterman knives" while noting that "Kassi just bought some, to put in her store."

61.     On February 26, 2020, BRENT EASTERLING sent that same Facebook user an audio message via Facebook promoting KASSI EASTERLING's sale of cockfighting paraphernalia at the Easterling Family Pit. In that audio message, BRENT EASTERLING praised the large number of people who attended the derbies at the Easterling Family pit, stating that "it's no secret that Big Jim has the biggest Mexican derby in the f[---]ing country and every time the doors open, there's 300–320 Mexicans down here" and that KASSI EASTERLING has "Don Miguel boots," "Bugarín boots," "Zuri knives," and "Gutermann knives" to sell.

62.     On or about April 7, 2020, JUNIOR WILLIAMS and TYLER EASTERLING sparred two roosters with cockfighting knives attached to at least one of their legs, while a young child watched and cheered "go Daddy!" The fight lasted approximately 11 minutes and resulted in the death of at least one of the birds.

63.     On or about April 7, 2020, TYLER EASTERLING sent a video of the sparring fight conducted earlier that day to an unindicted co-conspirator in another state.

64.     On or about June 24, 2020, an unindicted co-conspirator in Mexico shipped a total of 120 cockfighting knives, wrapped in bundles covered by blue protective cloth with the names "KASSIE EASTERLING" and "BRENT" on some of the bundles, via FedEx addressed to KASSI EASTERLING in Verbena, Alabama. The Fed Ex package was intercepted by U.S. Customs and Border Protection upon entry from Mexico.

65.     On July 11, 2020, TYLER EASTERLING sponsored a rooster in a fight at a cockfighting derby at the Easterling Family Pit.

66.     On September 2, 2020, BRENT EASTERLING sold a trio of fighting birds (a rooster and two hens) to an undercover agent for $1,500 after sparring the rooster with another rooster in the undercover agent's presence.

67.     On September 2, 2020, BRENT EASTERLING and KASSI EASTERLING sold 12 cockfighting knives and a sheath to an undercover agent for $200.

68.     On September 21, 2020, BRENT EASTERLING and KASSI EASTERLING received $1,700 in a co-owned bank account, sent via Western Union on September 18, 2020, from an undercover agent for the purchase and shipment of a trio of fighting birds.

69.     On or about October 1, 2020, BRENT EASTERLING used the U.S. Postal Service to ship a trio of fighting birds to the undercover agent in South Carolina who had purchased the birds via a Western Union payment on September 18th.

70.     December 23, 2020 sold a stag and two pullets for $1,900 and received payment through PayPal.

71.     On or about January 7, 2021, TYLER EASTERLING and an unindicted co-conspirator used WhatsApp audio to discuss Tyler's future sale of a dozen "Jhonnys" brand cockfighting knives for "$180.00 plus shipping" to a friend of the unindicted co-conspirator.

72.     On or about January 23, 2021, W.C. EASTERLING hosted a cockfighting derby at the Easterling Family Pit, which included stadium-style seating for approximately 150 people facing the central pit area where birds fought. On that day, W.C. Easterling rode around the Easterling Family Pit area in an off-road vehicle, stopping by the outdoor merchandise shed and speaking with people attending the derby, including an undercover agent.

73.     On or about January 23, 2021, during the derby, when asked for a copy of the fight schedule by an undercover agent, AMBER EASTERLING directed the agent to speak with W.C. EASTERLING.

74.     On or about January 23, 2021, during the derby, when asked for a copy of the fight schedule, W.C. EASTERLING pulled up an image of a hand-written cockfighting schedule for the Easterling Family Pit on his mobile telephone, handed his telephone to an undercover agent, and told the agent to text himself the schedule, and instructed the agent not to give the schedule to everyone he sees. The schedule in the image listed 19 derbies from November of 2020 through August of 2021 and identified the January 23, 2021, derby as having an entry fee

of $500 that cockfighters must pay the Easterlngs in order to fight five roosters that day, with an additional $100 betting option.

75.     On or about January 23, 2021, during the derby, AMBER EASTERLING set out merchandise for sale at a booth located at the Easterling Family Pit. The items for sale consisted of cockfighting knives for attaching to fighting birds, and other items used in conjunction with the knives such as scissors, strips of mole skin (used to wrap around the cock's leg), twine (used to attach the knife to the cock's spur), and leather boots (used to attach the knife around the cock's spur). She also set out other items for sale such as facemasks and cups with gamecock images on them.

76.     On or about January 23, 2021, during the derby, BILLY EASTERLING was present at the Easterling Family Pit and he promoted AMBER EASTERLING's sale of cockfighting knives and face masks, telling an undercover agent standing by AMBER EASTERLING's merchandise table that her particular brand of cockfighting knives was "what we use in Mexico and every f[---]ing where else."

77.     On or about January 23, 2021, during the derby, AMBER EASTERLING sold a set of cockfighting knives for $200.00 and a facemask for $20.00 to an undercover agent.

78.     On or about January 23, 2021, during the derby, AMBER EASTERLING and T.E. were working in an office inside the Easterling Family Pit where they accepted slips of paper and money from multiple people attending the derby, helping to collect entry fees from at least 39 unindicted co-conspirators who paid $500 to enter their roosters to fight in the derby at the Easterling Family Pit and compete for a chance to win an estimated pot of $22,000 that day.

79.     On or about January 23, 2021, during the derby, unindicted co-conspirators attending the derby solicited and engaged an undercover agent and an undercover source in betting on the outcome of individual cockfights for amounts between $20 and $400.

80.     On or about January 23, 2021, during the derby, JUNIOR WILLIAMS provided gate security at the entrance from the road to the Easterling Family Pit by controlling who came in, and collected gate fees in the amount of $30.00 per person coming to the Easterling Family Pit.

81.     On or about February 8, 2021, TYLER EASTERLING exchanged several messages with another Facebook user in an effort to sell him cockfighting knives for $180.

82.     On or about February 20, 2021, W.C. EASTERLING hosted a cockfighting derby at the Easterling Family Pit, a facility that held stadium-style seating for approximately 150 people, billed as having an entry fee of $3,000 that cockfighters must pay the Easterlings in order to fight seven roosters that day, with an additional $300 betting option.

83.     On or about February 20, 2021, W.C. EASTERLING drove around the Easterling Family Pit property in an off-road vehicle, pulled up to two undercover agents, questioned who they were, stated "I'm going to protect what's mine," and demanded to know whether the undercover agents had any recording devices.

84.     On or about February 20, 2021, during the derby, JUNIOR WILLIAMS provided gate security at the entrance from the road to the Easterling Family Pit by controlling who came in, and collected gate fees in the amount of $30.00 per person coming to the Easterling Family Pit.

85.     On or about the following occasions, each being a separate overt act, BRENT EASTERLING sent Facebook messages promoting cockfighting derbies at the Easterling Family Pit:

a.      a November 3, 2019, message sharing the "Poor Man's Club" 2019-2020 season derby schedule of 17 planned cockfighting derbies, including a tribute derby for W.C. Easterling, a.k.a. "Big Jim," as well as the date, number of roosters to be fought, "weapon" to be used, overall entry fee for fighting birds, and betting options for each derby;

b.      a January 26, 2020, message providing information about the "Blondie Rolland Memorial" derby, including the derby date, the type of cockfighting implement to be used in fights at the derby, the fee for entering fighting birds into the derby, and cockhouse rental information;

c.      a February 23, 2020, message providing information about the "Triple Crown" derby, including the derby date, the type of cockfighting implement to be used in fights at the derby, the fee for entering fighting birds into the derby, and cockhouse rental information; and

d.      an April 27, 2020, message providing information about the "Hawaiian" derby, including the updated derby dates, the type of cockfighting implement to be used in fights at the derby, the fee for entering fighting birds into the derby, betting options, and cockhouse rental information.

86.     On or about the following occasions, each being a separate overt act, TYLER EASTERLING sent Facebook messages promoting cockfighting derbies at the Easterling Family Pit:

20

   a.  a January 4, 2018, message providing information about the "Ray Alexander" tribute derby, including the updated derby date, the types of cockfighting implements to be used in fights at the derby, the fee for entering fighting birds into the derby, and cockhouse rental information;

   b.  a May 16, 2018, message providing information about the "Powder Puff" derby, including the derby date, the type of cockfighting implements to be used in fights at the derby, the fee for entering fighting birds into the derby, the gate fee, information about a cash prize and a 5-foot pink trophy, and cockhouse rental information;

   c.  a March 10, 2021, message providing information about the "Hawaiian" derby, including the derby dates, the fee for entering fighting birds into the derby, the type of cockfighting implements to be used in fights at the derby, and betting options; and

   d.  a May 2, 2021, message providing information about the "Ricky Dixon Memorial" derby, including the date, the fee for entering fighting birds into the derby, betting options, the rules to be used for the fights, and the types of cockfighting implements to be used in fights at the derby.

All in violation of Title 18, United States Code, Section 371.

### COUNT 2
(7 U.S.C. § 2156(a)(1) and 18 U.S.C. §§ 49(a) and 2 – Sponsoring or Exhibiting an Animal in an Animal Fighting Venture)

87.  The factual allegations contained in paragraphs 1 through 31 are hereby realleged and incorporated herein as if copied verbatim.

88.  On or about May 26, 2019, in Chilton County, within the Middle District of Alabama, and elsewhere, the defendants,

     W.C. EASTERLING, and
     BRENT EASTERLING,

21

did knowingly sponsor and exhibit, and aided and abetted the sponsorship or exhibition of,

roosters in an animal fighting venture in violation of Title 7, United States Code, Section

2156(a)(1), and Title 18, United States Code, Sections 49(a) and 2.

## COUNT 3
(7 U.S.C. § 2156(a)(1) and 18 U.S.C. §§ 49(a) and 2 – Sponsoring or Exhibiting an Animal in an
Animal Fighting Venture)

89.    The factual allegations contained in paragraphs 1 through 31 are hereby realleged

and incorporated herein as if copied verbatim.

90.    On or about January 23, 2021, in Chilton County, within the Middle District of

Alabama, and elsewhere, the defendants,

W.C. EASTERLING,
BILLY EASTERLING,
JUNIOR WILLIAMS, and
AMBER EASTERLING

did knowingly sponsor and exhibit, and aided and abetted the sponsorship or exhibition of,

roosters in an animal fighting venture, in violation of Title 7, United States Code, Section

2156(a)(1), and Title 18, United States Code, Sections 49(a) and 2.

## COUNT 4
(7 U.S.C. § 2156(a)(1) and 18 U.S.C. §§ 49(a) and 2 – Sponsoring or Exhibiting an Animal in an
Animal Fighting Venture)

91.    The factual allegations contained in paragraphs 1 through 31 are hereby realleged

and incorporated herein as if copied verbatim.

92.    On February 20, 2021, in Chilton County, within the Middle District of Alabama,

and elsewhere, the defendants,

W.C. EASTERLING, and
JUNIOR WILLIAMS,

did knowingly sponsor and exhibit, and aided and abetted the sponsorship or exhibition of, roosters in an animal fighting venture in violation of Title 7, United States Code, Section 2156(a)(1), and Title 18, United States Code, Sections 49(a) and 2.

### COUNT 5
(7 U.S.C. § 2156(b) and 18 U.S.C. §§ 49(a) and 2 – Unlawful Possession of Animals for Animal Fighting Venture)

93.     The factual allegations contained in paragraphs 1 through 31 are hereby realleged and incorporated herein as if copied verbatim.

94.     Beginning at a time unknown, but no later than August 3, 2019, and continuing through on or about June 11, 2021, in Chilton County, within the Middle District of Alabama, and elsewhere, the defendants,

BRENT EASTERLING, and
KASSI EASTERLING,

did knowingly possess animals, namely roosters and immature male chickens, for the purpose of having animals participate in an animal fighting venture, and aided and abetted such activities, in violation of Title 7, United States Code, Section 2156(b), and Title 18, United States Code, Sections 49(a) and 2.

### COUNT 6
(7 U.S.C. § 2156(b) and 18 U.S.C. §§ 49(a) and 2 – Unlawful Possession of Animals for Animal Fighting Venture)

95.     The factual allegations contained in paragraphs 1 through 31 are hereby realleged and incorporated herein as if copied verbatim.

96.     Beginning at a time unknown, but no later than May 4, 2018, and continuing through on or about June 11, 2021, in Chilton County, within the Middle District of Alabama, and elsewhere, the defendants,

BILLY EASTERLING,

TYLER EASTERLING, and
JUNIOR WILLIAMS,

did knowingly possess animals, namely roosters and immature male chickens, for the purpose of

having animals participate in an animal fighting venture, and aided and abetted such activities, in

violation of Title 7, United States Code, Section 2156(b), and Title 18, United States Code,

Sections 49(a) and 2.

## COUNTS 7 - 12
(7 U.S.C. § 2156(b) and 18 U.S.C. §§ 49(a) and 2 – Unlawful Sale of Animals for Animal
Fighting Venture)

97.     The factual allegations contained in paragraphs 1 through 31 are hereby realleged

and incorporated herein as if copied verbatim.

98.     On or about the dates in the table below, in Chilton County, within the Middle

District of Alabama, and elsewhere, the defendants,

BRENT EASTERLING, and
KASSI EASTERLING,

did knowingly sell, possess, and deliver animals, namely roosters, stags, pullets, and hens, for the

purpose of having roosters participate in an animal fighting venture, and aided and abetted such

activities, in violation of Title 7, United States Code, Section 2156(b), and Title 18, United States

Code, Sections 49(a) and 2:

| Count | Date of Sale | Sale Amount | Payment Method | Buyer's Transaction Notes on Birds | Transaction ID Number |
|-------|------|------|------|------|------|
| 7 | 2/12/2019 | $1,300 | PayPal | "Brunner stag/ grey pullet" | 00B798349B3316227 |
| 8 | 3/03/2019 | $1,000 | PayPal | "Trio" | 9W186837XF3926241 |
| 9 | 9/01/2019 | $1,650 | PayPal | "trio: roundhead stag/ pullet/ grey pullet" | 2GJ6649LN518441L |
| 10 | 9/19/2019 | $800 | PayPal | "sweater stag" | 8PD32599ER8553248 |
| 11 | 9/02/2020 | $1,500 | Cash | n/a | n/a |

| 12 | 9/18/2020 | $1,700 | Western Union | n/a | 8660260518 |
|----|-----------|--------|---------------|-----|------------|

### COUNT 13
(7 U.S.C. § 2156(b) and 18 U.S.C. §§ 49(a) and 2 – Unlawful Sale of Animals for Animal Fighting Venture)

99.     The factual allegations contained in paragraphs 1 through 31 are hereby realleged and incorporated herein as if copied verbatim.

100.    On or about December 23, 2020, in Chilton County, within the Middle District of Alabama, and elsewhere, the defendant,

TYLER EASTERLING,

did knowingly sell, possess, and deliver an animal, namely a "Bruner" stag and two pullets for an amount of $1,900.00 via PayPal, for the purpose of having the Bruner stag participate in an animal fighting venture and aided and abetted such activities, in violation of Title 7, United States Code, Section 2156(b), and Title 18, United States Code, Sections 49(a) and 2.

### COUNTS 14 - 17
(7 U.S.C. § 2156(c) and 18 U.S.C. §§ 49(a) and 2 – Unlawful Use of Interstate Instrumentality for Promoting or Furthering Animal Fighting Venture)

101.    The factual allegations contained in paragraphs 1 through 31 are hereby realleged and incorporated herein as if copied verbatim.

102.    On or about the dates in the table below, in Chilton County, within the Middle District of Alabama, and elsewhere, the defendant,

BRENT EASTERLING,

did knowingly use, and aided and abetted the use of, an instrumentality of interstate commerce, namely Facebook, for commercial speech for purposes of promoting and in any other manner furthering an animal fighting venture inside the limits of the United States, in violation of Title 7, United States Code, Section 2156(c), and Title 18, United States Code, Sections 49(a) and 2:

| Count | Date | Method of Promotion | Event Being Promoted |
|---|---|---|---|
| 14 | 11/03/2019 | Facebook message sent to other Facebook users | 17- derby "Poor Man's Club 2019/2020 schedule" for the 2020 Cockfighting Season at the Easterling Family Pit |
| 15 | 1/26/2020 | Facebook message sent to other Facebook users | "Blondie Rolland Memorial" cockfighting derby at the Easterling Family Pit |
| 16 | 2/23/2020 | Facebook message sent to other Facebook users | "Triple Crown" cockfighting derby at the Easterling Family Pit |
| 17 | 4/27/2020 | Facebook message sent to other Facebook users | "Hawaiian Derby" cockfighting derby at the Easterling Family Pit |

## COUNTS 18 - 21

(7 U.S.C. § 2156(c) and 18 U.S.C. §§ 49(a) and 2 – Unlawful Use of Interstate Instrumentality for Promoting or Furthering Animal Fighting Venture)

103.    The factual allegations contained in paragraphs 1 through 31 are hereby realleged and incorporated herein as if copied verbatim.

104.    On or about the dates in the table below, in Chilton County, within the Middle District of Alabama, and elsewhere, the defendant,

TYLER EASTERLING,

did knowingly use, and aided and abetted the use of, an instrumentality of interstate commerce, namely Facebook, for commercial speech for purposes of promoting or in any other manner furthering an animal fighting venture inside the limits of the United States, in violation of Title 7, United States Code, Section 2156(c), and Title 18, United States Code, Sections 49(a) and 2:

| Count | Date | Method of Promotion | Event Being Promoted |
|---|---|---|---|
| 18 | 1/04/2018 | Facebook message sent to other Facebook users | "Ray Alexander" cockfighting derby at the Easterling Family Pit |

| 19 | 5/16/2018 | Facebook message sent to other Facebook users | "Powder Puff Derby" cockfighting derby at the Easterling Family Pit |
| 20 | 3/10/2021 | Facebook message sent to other Facebook users | "Hawaiian Derby" cockfighting derby at the Easterling Family Pit |
| 21 | 5/02/2021 | Facebook message sent to other Facebook users | "Ricky Dixon Memorial" cockfighting derby at the Easterling Family Pit |

## COUNT 22
(18 U.S.C. § 1955(a) and 18 U.S.C. § 2 – Unlawful Operation of an Illegal Gambling Business)

105.    The factual allegations contained in paragraphs 1 through 31 are hereby realleged and incorporated herein as if copied verbatim.

106.    Beginning at a time unknown, but no later than January 23, 2021, and continuing through on or about June 11, 2021, in Chilton County, within the Middle District of Alabama, and elsewhere, the defendants,

W.C. EASTERLING,
BRENT EASTERLING,
KASSI EASTERLING,
TYLER EASTERLING,
BILLY EASTERLING,
JUNIOR WILLIAMS, and
AMBER EASTERLING,

did knowingly conduct, finance, manage, supervise, direct, or own all or part of an illegal gambling business, and aided and abetted such activities, in violation of Title 18, United States Code, Section 1955(a), and Title 18, United States Code, Section 2.

## COUNT 23
(16 U.S.C. §§ 703 and 707 and 18 U.S.C. § 2 - Unlawful Taking, Killing, or Possessing of Migratory Birds)

107.    The factual allegations contained in paragraphs 1 through 31 indictment are hereby realleged and incorporated herein as if copied verbatim.

108.    On or about April 9, 2020, in Chilton County, within the Middle District of Alabama, and elsewhere, the defendants,

TYLER EASTERLING,

did knowingly pursue, hunt, take, capture, kill, attempt to take, capture, or kill, possess a migratory bird, namely a Great Horned Owl, protected under the Migratory Bird Treaty Act, and aided and abetted such activities, in violation of Title 16, United States Code, Sections 703 and 707, and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION

A.    Upon conviction of the offenses alleged in Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen, Nineteen, Twenty, and/or Twenty-One of this Indictment, the defendant(s) shall forfeit to the United States of America, pursuant to Title 7, United States Code, Section 2156(e) (codified as 7 U.S.C. § 2156(f) prior to December 20, 2019) and Title 28, United States Code, Section 2461(c), any animal involved in any violation of the offenses alleged in this Indictment, including but not limited to all roosters, hens, and pullets.

B.    Upon conviction of the offenses alleged in Counts One and Twenty-Two of this Indictment, the defendant(s) shall forfeit the following property to the United States of America:

1.    any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of said offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and

2.        any property, including money, used in violation of Title 18, United States Code, Section 1955, pursuant to Title 18, United States Code, Section 1955(d) including, but not limited to,

     i.  real property;

    ii.  tangible property; and

   iii.  United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

C.     Upon conviction of the offenses alleged in Count Twenty-Three of this Indictment, the defendant, TYLER EASTERLING, shall forfeit the following property to the United States of America:

1.  All birds, or parts, nests, or eggs thereof, captured, killed, taken, sold or offered for sale, bartered or offered for barter, purchased, shipped, transported, carried, imported, exported, or possessed contrary to the provisions of Title 16, United States Code, Sections 703 and 707, pursuant to Title 16, United States Code, Section 706; and

2.  All guns, traps, nets and other equipment, vessels, vehicles, and other means of transportation used by any person when engaged in pursuing, hunting, taking, trapping, ensnaring, capturing, killing, or attempting to take, capture, or kill any migratory bird in violation of Title 16, United States Code, Sections 703 and 707, pursuant to Title 16, United States Code, Section 707.

D.     If any of the above-described property, as a result of any act or omission of the defendants –

1. cannot be located upon the exercise of due diligence;

2. has been transferred or sold to, or deposited with, a third party;

3. has been placed beyond the jurisdiction of the court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be divided without difficulty,

the United States will seek forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
Foreperson

SANDRA J. STEWART
ACTING UNITED STATES ATTORNEY

Jonathan S. Ross
Assistant United States Attorney

_____
Leigh P. Rende
Trial Attorney
Environment and Natural Resources Division