IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | CASE NO: 2:21-CR-00455-MHT-SRW |
| WILLIAM COLON EASTERLING; BRENT COLON EASTERLING; KASSI BROOK EASTERLING; WILLIAM TYLER EASTERLING; GEORGE WILLIAM EASTERLING; THOMAS GLYN WILLIAMS; AND AMBER NICOLE EASTERLING, | § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

COMES NOW, attorney H. Chase Dearman Esq., and hereby files this Notice of Appearance as attorney of record for Brent Colon Easterling.

Respectfully Submitted,

BY: /s/ H. Chase Dearman_____
H. CHASE DEARMAN (DEA032)
Attorney for Defendant

OF COUNSEL:

DEARMAN LAW FIRM P.C.
Attorneys at Law
160 St. Emanuel Street
Mobile, Alabama 36602
Telephone (251) 445-6997
Facsimile (251) 445-6996

## CERTIFICATE OF SERVICE

I certify that this Motion was electronically filed with the foregoing Clerk of the Court using the CM/ECF system that will send notice to all attorneys of record this 4th day of November 2021.

/s/ H. Chase Dearman
H. CHASE DEARMAN