IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | |
| ) | |
| v. ) | CR NO. 2:21cr0455-MHT-SRW |
| ) | |
| WILLIAM COLON EASTERLING ) | |
| BRENT COLON EASTERLING ) | |
| KASSI BROOK EASTERLING ) | |
| WILLIAM TYLER EASTERLING ) | |
| GEORGE WILLIAM EASTERLING ) | |
| THOMAS GLYN WILLIAMS ) | |
| AMBER NICOLE EASTERLING. ) | |

ORDER

It is hereby

ORDERED that this matter is set for a mediation conference with the undersigned Magistrate Judge on **November 18, 2021 at 2:00 p.m.** *via telephone*. A member of chambers staff will contact the parties with the call-in information. It is further

ORDERED that counsel and the parties, or a representative with full authority to resolve the motion, shall appear at and attend this conference.

The exclusive subject of the mediation will be the United States' Motion for Criminal Restraining Order to Preserve the Availability of Property for Forfeiture (Doc. 12) ("the motion"). The mediation will not involve any discussion that might relate or lead to any plea agreement, as the court is prohibited from participating in such discussions.

On or before **November 16, 2021**, **each party** shall provide the undersigned judge with a confidential mediation statement. The statement should not be filed with the clerk's office and should not be served on the other parties. The parties may transmit the statement to chambers by sending it to the following e-mail address:

propord_walker@almd.uscourts.gov. The statement is solely for the court's use in preparing for the mediation conference. The statement shall be limited to ten pages and shall include:

1. A history of any past discussions relating to resolving the motion.

2. A candid assessment of the strengths and weaknesses of the government's motion and of each defendant's opposition to the motion, if any.

3. The position of each party as to which animals and animal parts, nests, and eggs; tangible property (e.g., equipment, vehicles, incubators, traps, etc.); cash; and any other property at issue should be subject to restraint and which should not, and the basis for that position.

4. The position of each party as to the conditions under which physical custody of the fighting birds should be maintained by defendants, and the basis for that position.

5. Any other information that will assist the court in resolving the motion.

The parties shall be prepared to present documents supporting their respective positions at the mediation conference.

DONE, on this the 10th day of November, 2021.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge