IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )      2:21cr455-MHT
                            )         (WO)
GEORGE WILLIAM EASTERLING,  )
BRENT COLON EASTERLING,     )
and WILLIAM TYLER           )
EASTERLING                  )


OPINION AND ORDER

Defendants George William Easterling, Brent Colon Easterling, and William Tyler Easterling moved to strike certain language from the indictment, including the background section, and the phrases "Easterling Family Pit," "Easterling Family Cockfighting Pit," and "Poor Man's Club."  They contend that this language is surplusage.  This case is before the court on the recommendation of the United States Magistrate Judge that the motions to strike be denied without prejudice. Also before the court are defendant George William Easterling's objections to the recommendation.  Upon an independent and de novo review of the record, the court

concludes that the objections should be overruled and the recommendation should be adopted.

Accordingly, it is ORDERED that:

(1) The objections (Doc. 146) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. 141) is adopted.

(3) The motions to strike (Doc. 124, Doc. 125, and Doc. 134) are denied without prejudice.

DONE, this the 25th day of May, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE