IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:21cr455-MHT
                            )             (WO)
BRENT COLON EASTERLING      )
```

ORDER

Based on the representations made on the record by the parties at a status conference on September 28, 2022, it is ORDERED that:

(1) Another status conference on the government's motion for a show-cause order (Doc. 258) is set for 10 A.M. on October 18, 2022, by videoconference. The courtroom deputy shall make all necessary arrangements.

(2) The parties are to file a joint report on the status of the government's motion for a show-cause order (Doc. 258) by 5:00 p.m., on October 14, 2022.

(3) Having clarified that it is seeking "criminal" contempt, the government is also to file a brief by 5:00 p.m., on October 14, 2022. That brief shall discuss how,

under the relevant statutes and case law, the court should proceed on the pending motion (both procedurally and substantively), including whether a jury will need to resolve the motion and, if so, which issues raised by the motion will require a jury.

DONE, this the 28th day of September, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE